UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WAYNE MICHAEL REAVIS, JR.                    CIVIL ACTION

VERSUS                                        NUMBER: 16-1692

STATE OF LOUISIANA                            SECTION: "F" (5)
    "WORKERS"
ST. TAMMANY SHEREFF

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's complaint, to the extent that it can be construed as a request for *habeas corpus* relief, is dismissed without prejudice for failure to exhaust state court remedies.

**IT IS FURTHER ORDERED** that Plaintiff's §1983 claim against the State of Louisiana is dismissed without prejudice for want of jurisdiction and that his §1983 claim against the Sheriff of St. Tammany is dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this  28th  day of June, 2016.

                                                        MARTIN L.C. FELDMAN
                                                    UNITED STATES DISTRICT JUDGE